# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 21-20287 | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|
| Case Name: | GREAT LAKES PETROLEUM CORPORATION | | Date Filed (f) or Converted (c): | 06/23/2021 (c) |
| For the Period Ending: | 04/01/2022 | | §341(a) Meeting Date: | 07/21/2021 |
| | | | Claims Bar Date: | 01/24/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Union Bank - negative balance of $78835.00 | $0.00 | $0.00 | | $0.00 | FA |
| 2 Semi Trucks | $4,515,000.00 | $69,384.00 | | $69,384.00 | FA |
| 3 Service pickups | $41,000.00 | $10,542.00 | | $10,542.00 | FA |
| 4 Trailers | $480,000.00 | $139,460.00 | | $139,460.00 | FA |
| 5 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 7 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 8 VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Asset**

| $5,036,000.00 | $219,386.00 | | $219,386.00 | $0.00 |

**Major Activities affecting case closing:**

| 03/31/2022 | Trustee is resolving administrative claims/adequate protection claims and preparation of tax returns as needed. |
| 07/01/2021 | Case open to investigate and liquidate any assets of the estate. |

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2022 | **Current Projected Date Of Final Report (TFR):** | 12/31/2022 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| **Case No.** | 21-20287 |
| **Case Name:** | GREAT LAKES PETROLEUM CORPORATION |
| **Primary Taxpayer ID #:** | **-***9535 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 03/31/2021 |
| **For Period Ending:** | 04/01/2022 |

| | |
|---|---|
| **Trustee Name:** | Daniel C. Himmelspach |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/28/2021 | | Orbitbid.com Inc. | Sale Proceeds p/o 9/13/2021 | | * | $219,386.00 | | $219,386.00 |
| | {2} | | Sale Proceeds p/o 9/13/2021 | $69,384.00 | 1129-000 | | | $219,386.00 |
| | {4} | | Sale Proceeds p/o 9/13/2021 | $139,460.00 | 1129-000 | | | $219,386.00 |
| | {3} | | Sale Proceeds p/o 9/13/2021 | $10,542.00 | 1129-000 | | | $219,386.00 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $45.68 | $219,340.32 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $342.53 | $218,997.79 |
| 12/16/2021 | 3001 | Orbitbid.com | Auctioneer Fees and Expenses p/o 12/14/2021 | | * | | $24,852.88 | $194,144.91 |
| | | | Auctioneer Fees p/o 12/14/2021 | ($10,969.30) | 3610-000 | | | $194,144.91 |
| | | | Auctioneer Expenses p/o 12/14/2021 | ($13,883.58) | 3620-000 | | | $194,144.91 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $339.16 | $193,805.75 |
| 01/25/2022 | 3002 | MRSC Insurance Partners, LLC | 2022 Blanket Bond | | 2300-000 | | $20.25 | $193,785.50 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $312.74 | $193,472.76 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $282.00 | $193,190.76 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $311.75 | $192,879.01 |
| | | | | | **SUBTOTALS** | $219,386.00 | $26,506.99 | |

| | | |
|---|---|---|
| **Case No.** | 21-20287 | **Trustee Name:** Daniel C. Himmelspach |
| **Case Name:** | GREAT LAKES PETROLEUM CORPORATION | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***9535 | **Checking Acct #:** ******8701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 03/31/2021 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 04/01/2022 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $219,386.00 | $26,506.99 | $192,879.01 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $219,386.00 | $26,506.99 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $219,386.00 | $26,506.99 | |

| For the period of 03/31/2021 to 04/01/2022 | | For the entire history of the account between 10/28/2021 to 4/1/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $219,386.00 | Total Compensable Receipts: | $219,386.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $219,386.00 | Total Comp/Non Comp Receipts: | $219,386.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26,506.99 | Total Compensable Disbursements: | $26,506.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,506.99 | Total Comp/Non Comp Disbursements: | $26,506.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 21-20287 | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|
| Case Name: | GREAT LAKES PETROLEUM CORPORATION | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9535 | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 03/31/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 04/01/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $219,386.00 | $26,506.99 | $192,879.01 |

| For the period of 03/31/2021 to 04/01/2022 | | For the entire history of the account between 10/28/2021 to 4/1/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $219,386.00 | Total Compensable Receipts: | $219,386.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $219,386.00 | Total Comp/Non Comp Receipts: | $219,386.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26,506.99 | Total Compensable Disbursements: | $26,506.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,506.99 | Total Comp/Non Comp Disbursements: | $26,506.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com